```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
LESHAWN DAWSOME, on behalf of himself and all                        :
others similarly situated,                                           :
                                                                     :
                            Plaintiff,                               :
                                                                     :        20-CV-6194 (JPC)
          -v-                                                        :
                                                                     :        ORDER
MARY'S GONE CRACKERS, INC.,                                          :
                                                                     :
                            Defendant.                               :
                                                                     :
---------------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2020
```

JOHN P. CRONAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that Initial Case Management Conference scheduled for December 1, 2020 at 9:30 a.m. and the November 24, 2020 deadline for the joint letter and case management plan outlined in the Court's October 6, 2020 Order are adjourned *sine die*. (*See* Dkt. 11.) Defendant shall have until January 15, 2021 to respond to the Complaint.

It is further ORDERED that the parties shall submit a joint update letter regarding the status of settlement discussions by December 30, 2020. If this case has been settled or otherwise terminated, counsel are not required to submit such letter provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the joint letter submission deadline, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19, *available at* http://nysd.uscourts.gov/ecf_filing.php.

SO ORDERED.

Dated: November 30, 2020
       New York, New York

_____
JOHN P. CRONAN
United States District Judge